B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re _Thomas Andrew Gravecie, Tamera Schmidt Gravecie_          Case No. _2007bk 02864_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Christopher Christensen_
**Name of Transferee**

_Danial Grumme / Quality Stone_
**Name of Transferor**

Name and Address where notices to transferee should be sent: _117 E 37th St._
_Loveland, CO 80538_

Court Claim # (if known): _10-1_
Amount of Claim: _6383.28_
Date Claim Filed: _10/17/2007_

Phone: _720-318-9902_
Last Four Digits of Acct #: _N/A_

Phone: _317-249-7414_
Last Four Digits of Acct. #: _N/A_

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/Christopher Christensen/_          Date: _6/4/19_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.