## Affidavit, and Assignment, of Debt

Comes now affiant, and states:
I am Danial Grumme, for Quality Stone Company the "Plaintiff" and have authority to sign documentation in these matters on behalf of "Plaintiff"
I am of adult age and am fully authorized by Plaintiff to make the following
representations. I am familiar with the recordkeeping practices of Plaintiff. The following representations are true according to documents kept in the normal course of Plaintiff's business and/or my personal knowledge:
"Plaintiff" is the original owner of this debt and the original debtor ("defendant") Thomas Gravelie "Defendant", has an unpaid balance of $6383.72 on account DISTINCTIVE MASONRY,
That amount is due and owing to Plaintiff. This account was opened on 12/31/2000
The last payment from Defendant was received on 6/21/2006 in the amount of $
$100.00 (100.00) 06       6/21/2006 06
The type of account is(please enter a check mark in the appropriate blank):
__Credit card account (i.e. Visa, Mastercard, Department Store, etc.)
List the name of the Company/Store issuing credit card:_____
__Account for utilities (i.e. telephone, electric, sewer, etc.)
__Medical bill account (i.e. doctor, dentist, hospital, etc.)
__Account for services (i.e. attorney fees, mechanic fees, etc.)
__Judgment issued by a court (a copy of the judgment is required to be attached)
X Other:(Please explain)   Goods Sold
This account balance includes:
] Late fees in the amount of $   N/A   as of _____
] Other (Explain)_____
] Interest at a rate of   N/A  % beginning on _____
"Plaintiff" is not seeking attorney's fees.
Plaintiff believes that defendant is not a minor or an incompetent individual.
Plaintiff hereby assigns this debt to Christopher Christensen
I swear or affirm under the penalties of perjury that the foregoing representations are true.
Dated: 11/28/2018
Signature of Affiant_____

IN WITNESS WHEREOF, this assignment has been duly executed by the assignor the day and year first written above.
Notarized By: _____ Caroline Vibbert
STATE OF Indiana
COUNTY OF Hamilton
Assignor confirmed his/her identity with a Indiana Drivers License

CAROLINE VIBBERT
Notary Public - Seal
State of Indiana
My Commission Expires Jan 6, 2021

On the 28 day of November, 2018 Danial Grumme appeared the
above affiant, who being duly sworn, did depose and say (s)he/they is/are in fact the Assignor, or the authorized representative of, and is authorized to execute this assignment.
Signed _____ Dated 11.28.18
Assignor – block printed  Caroline Vibbert
If a company or non-individual legal entity, Assignor's position is  Owner
The Assignor's position/authority can be verified at the following phone number
_____
Please note – It is always recommended that you speak with an attorney prior to signing any documentation.