UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

NTCTRC (rev 09/2014)

In re:

**Thomas Andrew Gravelie**,
**Tamera Schmidt Gravelie**,
      Debtors.

Case No. **07–02864–JMC–7A**

## NOTICE OF TRANSFER OF CLAIM

A Transfer of Claim #10 was filed on June 11, 2019, by Creditor Christopher Christensen and is attached to this notice.

**NOTICE IS GIVEN** that the transferee will be substituted as the original claimant without further order of the Court unless an objection is filed by July 2, 2019.

Dated:  June 11, 2019                Kevin P. Dempsey
                                          Clerk, U.S. Bankruptcy Court

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re  _Thomas Andrew Gravelie,_                               Case No. _2007bk 02864_
       _Tamera Schmidt Gravelie_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Christopher Christensen_                               _Danial Grumme / Quality Stone_
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee             Court Claim # (if known): _10-1_
should be sent:  _117 E 37th St._                        Amount of Claim: _6383.28_
_Loveland, CO 80538_                                     Date Claim Filed: _10/17/2007_

Phone: _720-318-9902_                                    Phone: _317-249-7414_
Last Four Digits of Acct #: _N/A_                        Last Four Digits of Acct. #: _N/A_

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Christopher Christensen_                        Date: _6/4/19_
    Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.