## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–1 | User: admin | Date Created: 6/11/2019 |
| Case: 07–02864–JMC–7A | Form ID: ntctrc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7495023     Quality Stone Company     4455 E Conner St     Noblesville, IN 46060

TOTAL: 1