07-02864

FILED
U.S. BANKRUPTCY COURT
INDIANAPOLIS DIVISION

JUN 25 2019

SOUTHERN DISTRICT OF INDIANA
KEVIN P. DEMPSEY, CLERK

# Affidavit of Christopher Christensen

STATE OF COLORADO
COUNTY OF LARIMER

The undersigned, CHRISTOPHER CHRISTENSEN, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and I am a resident of the State of Colorado. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. Danial J. Grumme is listed as the President of Quality Stone with the Indiana Secretary of State (Exhibit #1)

4. On 11/28/2018, Danial J. Grumme, President of Quality Stone Company executed an Affidavit and Assignment of Debt to myself. The Affidavit and Assignment of Debt was recorded with the Larimer County, Colorado Clerks Office (Exhibit #2)

5. On 6/4/19, I mailed a "Transfer of Claim" to the Southern Indiana Bankruptcy Court in Indianapolis, IN (Exhibit #3)

6. Competing claim filer Cara Lynne Grumme owes restitution in excess of the unclaimed funds in question. (Exhibit #4)

7. At the time of writing of this affidavit, there has been no objection filed on the Transfer of Claim

I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this 20TH day of JUNE, 20 19.

_/s/ Christopher Christensen_
Christopher Christensen

☒ ENVELOPE NOT PROVIDED
☒ COPIES NOT PROVIDED

## NOTARY ACKNOWLEDGEMENT

STATE OF COLORADO, COUNTY OF LARIMER, ss:

This Affidavit was acknowledged before me on this 20th day of June 2019, _____ by Christopher Christensen, who, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

SUE E ALLEN
Notary Public – State of Colorado
Notary ID 20134061703
My Commission Expires Nov 18, 2021

_____
Notary Public

_____
Title (and Rank)

My commission expires 11/18/2021

# INDIANA BUSINESS ENTITY REPORT

Indiana Secretary of State
7/25/2005 12:03:31 PM

**Filer Name**
CARA L. GRUMME

**Filer Title**
VICE PRESIDENT

**Years Filed**
2005/2006

**Entity name and current principal office address**
THE QUALITY STONE CO., LLC
C/O CARA L GRUMME
4455 E CONNER ST.
NOBLESVILLE, IN 46060

**Entity Creation Date**
4/26/2001

**Domicile State**
INDIANA

**Entity Type**
DOMESTIC LIMITED LIABILITY COMPANY (LLC)

**Current registered agent and registered address**
CARA L GRUMME
4455 E CONNER ST
NOBLESVILLE, IN 46060

**Current principal(s) and address(es)**
PRESIDENT
DANIAL J. GRUMME
4455 E. CONNER STREET
NOBLESVILLE, IN 46060

*EXHIBIT #1*

**Affidavit, and Assignment, of Debt**

Comes now affiant, and states:
I am Daniel Grumme, for Quality Stone Company the "Plaintiff" and have authority to sign documentation in these matters on behalf of "Plaintiff"
I am of adult age and am fully authorized by Plaintiff to make the following representations. I am familiar with the recordkeeping practices of Plaintiff. The following representations are true according to documents kept in the normal course of Plaintiff's business and/or my personal knowledge: "Plaintiff" is the original owner of this debt and the original debtor ("defendant") Thomas Gravelie "Defendant", has an unpaid balance of $6383.72 on account _Distinctive Masonry_,
That amount is due and owing to Plaintiff. This account was opened on _12/31/2000_
The last payment from Defendant was received on _6/2/2006_ in the amount of $
_500.00 (500.00) 06_    _6/2/2006 06'_
The type of account is (please enter a check mark in the appropriate blank):
__ Credit card account (i.e. Visa, Mastercard, Department Store, etc.)
List the name of the Company/Store issuing credit card:_____
__ Account for utilities (i.e. telephone, electric, sewer, etc.)
__ Medical bill account (i.e. doctor, dentist, hospital, etc.)
__ Account for services (i.e. attorney fees, mechanic fees, etc.)
__ Judgment issued by a court (a copy of the judgment is required to be attached)
X Other: (Please explain) _Goods Sold_
This account balance includes:
] Late fees in the amount of $ _N/A_ as of _____
] Other (Explain)_____
] Interest at a rate of _N/A_ % beginning on _____
"Plaintiff" is not seeking attorney's fees.
Plaintiff believes that defendant is not a minor or an incompetent individual.
Plaintiff hereby assigns this debt to Christopher Christensen
I swear or affirm under the penalties of perjury that the foregoing representations are true.
Dated: _11/28/2018_
Signature of Affiant _____

IN WITNESS WHEREOF, this assignment has been duly executed by the assignor the day and year first written above.
Notarized By: _Caroline Vibbert_
STATE OF _Indiana_
COUNTY OF _Hamilton_
Assignor confirmed his/her identity with a _Indiana Drivers License_
On the _28_ day of _November_ 2018 _Daniel Grumme_ appeared the above affiant, who being duly sworn, did depose and say (s)he/they is/are in fact the Assignor, or the authorized representative of, and is authorized to execute this assignment.
Signed _____ Dated _11.28.18_
Assignor – block printed _Caroline Vibbert_
If a company or non-individual legal entity, Assignor's position is _Owner_
The Assignor's position/authority can be verified at the following phone number
_____

CAROLINE VIBBERT
Notary Public - Seal
State of Indiana
My Commission Expires Jan 6, 2021

Please note – It is always recommended that you speak with an attorney prior to signing any documentation.

_Exhibit #2_

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

*FILED 2019 JUN 11 AM 11:27 U.S. BANKRUPTCY CT. SOUTHERN DISTRICT OF INDIANA KEVIN P. DEMPSEY CLERK INDIANAPOLIS DIVISION*

In re _Thomas Andrew Gravelie,_
_Tamera Schmidt Gravelie_

Case No. _2007bk02864_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Christopher Christensen_
Name of Transferee

_Daniel Grumme / Quality Stone_
Name of Transferor

Name and Address where notices to transferee should be sent: _117 E 37th St._
_Loveland, CO 80538_

Court Claim # (if known): _10-1_
Amount of Claim: _6383.72_
Date Claim Filed: _10/17/2007_

Phone: _720-318-9902_
Last Four Digits of Acct #: _N/A_

Phone: _317-249-7414_
Last Four Digits of Acct #: _N/A_

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Christopher Christensen_
Transferee/Transferee's Agent

Date: _6/4/19_

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

_Exhibit #3_

6/20/19

To Whom It May Concern,

Please file these documents for a hearing on 6/27/19 at 11:00 AM on Case# 07-02864-JMC-7A.

Thank you!

Sincerely,

Christopher Christensen

720-318-9902





U.S. Bankruptcy Court
46 E Ohio St. Rm 116
Indianapolis, IN 46204