```
                            United States Bankruptcy Court
                              Southern District of Indiana
In re:                                                          Case No. 07-02864-JJG
Thomas Andrew Gravelie                                          Chapter 7
Tamera Schmidt Gravelie
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0756-1          User: admin              Page 1 of 1           Date Rcvd: Aug 22, 2019
                              Form ID: sgeneric        Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db/jdb        +Thomas Andrew Gravelie,   Tamera Schmidt Gravelie,   5693 W. 73rd Street,
                Indianapolis, IN 46278-1739
acc           +BGBC Partners, LLP,   300 N. Meridian Street, Suite 1100,   Indianapolis, IN 46204-1736
cr            +Blue Haven Pools,   1739 N. Country Club Road,   Indianapolis, IN 46234-1828
cr            +Cara Lynne Grumme,   10924 Eaton Ct.,   Fishers, IN 46038-4738
cr            +Christopher Christensen,   117 E 37th Street #372,   Loveland, CO 80538-2306
acc            Fouts & Co., LLC,   400 Marott Center,   342 Massachusetts Avenue,
                Indianapolis, IN  46204-2161
cr             eCAST Settlement Corporation,   POB 35480,   Newark, NJ  07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: lweidhaas@dyckoneal.com Aug 23 2019 00:01:19    Dyck-O'Neal, Inc.,
                P O Box 13370,   ARLINGTON, TX 76094-0370
cr            +E-mail/Text: bankruptcy@huntington.com Aug 23 2019 00:01:17    Huntington National Bank,
                P.O. Box 89424,   Cleveland, OH 44101-6424
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2019 00:02:15
                Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                Miami, FL  33131-1605
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              Elliott D. Levin    robin@rubin-levin.net, edl@trustesolutions.net
              Julia Martene Andrews1    on behalf of Creditor    American General Financial Services, Inc.
               bkmonitor@bbanda.com
              Richard W Lorenz, Mr.    on behalf of Creditor    Fieldstone Center of Indy, Inc.
               lgreenwell@hickamlorenz.com, G16802@notify.cincompass.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

SO ORDERED: August 22, 2019.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 06/2019)

In re:

**Thomas Andrew Gravelie**,
**Tamera Schmidt Gravelie**,
      Debtors.

Case No. **07–02864–JJG–7A**

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An Application for Payment of Unclaimed Funds was filed on June 11, 2019, by Creditor Cara Lynne Grumme.

**IT IS ORDERED** that the Application for Payment of Unclaimed Funds is **DENIED**.

The Clerk's Office will distribute this order.

###